FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Neev  v.  Alcon LenSX, Inc.

No. 15-1422

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:  Dr. Joseph Neev
                                   Name of party

I am, or the party I represent is (select one):

[✓] Petitioner  [ ] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
[ ] Appellant   [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

Name: David Alan Makman
Law firm: Makman & Matz LLP
Address: 655 Mariners Island Blvd Suite 306
City, State and ZIP: San Mateo, CA 94404
Telephone: 650-242-1560 x 3
Fax #: 650-242-1547
E-mail address: david@makmanmatz.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): June 18, 1997

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

March 22, 2015
Date

*signature*
Signature of pro se or counsel

cc: _____

123

Neev v. Alcon LenSX
15-1422

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2015, I filed the foregoing ***Entry of Appearance*** through this Court's CM/ECF system. Pursuant to this Court's Administrative Order Regarding Electronic Case Filing (May 17, 2012), ECF-6(A), the Notice of Docket Activity generated by this Court's CM/ECF system constitutes service of the document on the Respondent because it is represented by the following attorneys who have registered for the CM/ECF system:

Mr. Eric Martin Acker, Attorney: EAcker@mofo.com,
Morrison & Foerster LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130

    /s/ David Alan Makman
**Makman & Matz LLP**
655 Mariners Island Blvd Suite 306
San Mateo, CA 94404
Tel.: 650-242-1560 x 3
Fax: 650-242 -1547