NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**JOSEPH NEEV,**
*Petitioner-Appellant*

v.

**ALCON LENSX, INC.,**
*Respondent-Appellee*

2015-1422, -1821

Appeals from the United States District Court for the Central District of California in No. 8:14-cv-00660-GHK-JEM, Judge George H. King.

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the two appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. Appellant's opening brief is due no later than September 11, 2015.

2                                                                    NEEV v. ALCON LENSX, INC.

                                                FOR THE COURT

                                                /s/ Daniel E. O'Toole
                                                Daniel E. O'Toole
                                                Clerk of Court

s32