FORM 26. Docketing Statement

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

No. 15-1821

Neev

v.

Alcon LenSX

# DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent _____

Party is (select one)    ☑ Appellant/Petitioner    ☐ Cross-Appellant
                         ☐ Appellee/Respondent     ☐ Intervenor

Tribunal appealed from and Case No. Central District California, Case No. CV 14-0660-GHK

Date of Judgment/Order July 2, 2015    Type of Case Petition to Vacate Arbitration Award

Relief sought on appeal Vacatur of Award

Relief awarded below (if damages, specify) _____
This is an appeal of an indicative ruling, the Court indicated that it would not vacate in light of the appearance of partiality.

Briefly describe the judgment/order appealed from _____
Arbitrator was listed on the Internet of law firm that prosecuted patents in the field for LenSX. V-card identified arbitrator as affiliated with that firm. Petitioner discovered web page after related appeal was filed, asked for indicative ruling, District Court held that evidence of connection between arbitrator and firm was insufficient to warrant vacatur.

Nature of judgment (select one)

☐ Final Judgment, 28 USC 1295

☐ Rule 54(b)

☐ Interlocutory Order (specify type) _____

☑ Other (explain; see Fed. Cir. R. 28(a)(5)) _____
Indicative Ruling

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued
Neev v. Alcon

Brief statement of the issues to be raised on appeal
Whether the Arbitration Award should be vacated due to appearance of partiality of the arbitrator.

Have there been discussions with other parties relating to settlement of this case?

☑ Yes   ☐ No

If "yes," when were the last such discussions?

☐ Before the case was filed below?

☑ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?   ☐ Yes   ☑ No

If they were mediated, by whom? _____

**FORM 26. Docketing Statement (continued)**

Do you believe that this case may be amenable to mediation?    ☐ Yes    ☑ No

If you answered no, explain why not _____
For same reasons previously submitted in related case. Alcon having won in arbitration, has no need to mediate.

Provide any other information relevant to the inclusion of this case in the court's mediation program. _____

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this 28th day of July, 2015

by: e-mail, courtesy copy by US mail
(manner of service)

David Alan Makman
Name of Counsel                    Signature of Counsel

Law Firm Makman & Matz LLP

Address 655 Mariners Island Blvd, Suite 306

City, State, ZIP San Mateo, CA, 94404

Telephone Number 650-242-1560 x 3

FAX Number 650-242-1547

E-mail Address david@makmanmatz.com